IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SEVEYON VALTIA PORTER, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-1887

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed February 3, 2015.

An appeal from the Circuit Court for Escambia County.
Ross Goodman, Judge.

Nancy A. Daniels, Public Defender, Steven L. Seliger, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Jessica DaSilva and Jay Kubica, Assistant
Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.